UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DONNIE LYNN RECTOR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-00069 |
| | ) | Chief Judge Crenshaw |
| **CASEY COX,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

After Plaintiff failed to responded to an Order (Doc. No. 11) requiring him to show cause in writing for his failure to prosecute this action, Magistrate Judge Frensley issued a Report and Recommendation (Doc. No. 13) in which he recommends that this case be dismissed without prejudice. No objections have been filed. Having conducted a *de novo* review of the matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Doc. No. 13) is **ADOPTED** and this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE